**Samuel L. COIL, Plaintiff–Appellant,**

v.

**Hubert PETERKIN, Hoke County Sheriff; Jackie Brewington, Captain, Chief Jailer/Administrator Hoke County; Barbra McDuffie, Lt. Asst./Administrator Hoke County, Defendants–Appellees.**

No. 09–8008.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 6, 2010.

Decided: Nov. 12, 2010.

Samuel L. Coil, Appellant Pro Se. Robert T. Numbers, II, Womble, Carlyle, Sandridge & Rice, PLLC, Winston–Salem, North Carolina, for Appellees.

Before NIEMEYER and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel L. Coil appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Coil v. Peterkin,* No. 1:07–cv–00145–WO–WWD, 2009 WL 3247848 (M.D.N.C. Oct. 5, 2009). We deny Coil's motions for appointment of counsel and for a stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*